**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**

2401-0301-0615-J

FID: 116 47009

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | } | |
| | } | |
| v. | } | Case No: **2:24-cr-84-MHH-JHE** |
| | } | |
| **BERMUN DEAMON MCGHEE** | } | |
| Defendant. | } | |

MAR 1 2024 PM3:40
RECEIVED USMS NDAL

## SEALED WARRANT FOR ARREST

TO:    The United States Marshal
And Any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **BERMUN DEAMON MCGHEE, at 131 Perkins Drive, Talladega, AL  35160,** and bring him or her forthwith to the nearest magistrate judge to answer a(n) **Indictment** charging him or her with:

SEE ATTACHED

GREER M. LYNCH
Name of Issuing Officer

Clerk, United States District Court
Title of Issuing Officer

Signature of Issuing Officer

March 1, 2024 –Birmingham, Alabama
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ _____ | | |
| DATE RECEIVED<br><br>01 MAR 2024<br>DATE OF ARREST | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |

COPY COPY COPY COPY COPY COPY COPY COPY COPY COPY COPY COPY



PFE/RSR: Mar. 2024
GJ# 30

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No.** |
| | ) | |
| **BERMUN DEAMON MCGHEE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
**False Statements to Obtain a Bank Loan
[18 U.S.C. § 1014]**

On or about December 15, 2021, in Jefferson County, within the Northern District of Alabama, and elsewhere, the defendant,

**BERMUN DEAMON MCGHEE,**

knowingly made a false statement and report for the purpose of influencing the actions of Peoples Bank of Alabama, a financial institution then insured by the FDIC, in connection with an application and loan, in that **BERMUN DEAMON MCGHEE** submitted a Personal Financial Statement in which he falsely claimed, among other things, that he possessed $965,000 "Cash on Hand and in Banks" in various checking accounts and savings accounts.

All in violation of Title 18, United States Code, Section 1014.

1

## NOTICE OF FORFEITURE

1.    The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(2) and 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

2.    Upon conviction of the offense in violation of Title 18, United States Code, Section 1014 set forth in Count One of this Indictment, the defendant,

**BERMUN DEAMON MCGHEE,**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2), any property, real or personal, which represents or is traceable to the gross receipts obtained, directly or indirectly, as a result of such violation, including, but not limited to: a money judgment in the amount of at least $550,000.00.

3.    If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided

without difficulty,

the United States of America shall be entitled to forfeiture of substitute property

pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title

18, United States Code, Section 982(a)(2) and Section 981(a)(1)(C).


A TRUE BILL

/s/electronic signature_____
FOREPERSON OF THE GRAND JURY


                              PRIM F. ESCALONA
                              United States Attorney


                              /s/electronic signature_____
                              RYAN S. RUMMAGE
                              Assistant United States Attorney


                              A TRUE COPY
                              GREER M. LYNCH, CLERK
                              UNITED STATES DISTRICT COURT
                              NORTHERN DISTRICT OF ALABAMA

                              BY: _H. Clark_____
                                          DEPUTY CLERK


3